Probation Form No. 35A
(5/00)

Report and Order Terminating Supervision
Only, Before Original Expiration Date

# United States District Court
## for the
## Southern District of Texas

United States of America

Versus

Criminal Case: 2:05CR00753-003

Mark Anthony Lopez

On September 12, 2008, this defendant was placed on supervised release for Five (5) Years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted,

*Bernadette Rojas Howard*

Bernadette Rojas Howard
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through September 11, 2013.

Signed *January 25, 2012* at Corpus Christi, Texas.

*Hayden Head*

Hayden Head
Senior United States District Judge